Anton A. Ewing, JD
3077 B Clairmont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Ewing,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Phillip A. Flora, (aka Phil Flora or Philip Anthony Flora),<br>Every Data, Inc. an unknown corporation<br>Every Data, a fictitious business,<br>Finance Store, Inc., a Nevada Corporation,<br>DOES 1-100,<br>ABC CORPORATIONS 1-100,<br>XYZ, LLC's 1-100.<br><br>　　　　Defendants | Civil Case No. 14-CV-2925-AJB-NLS<br><br>**PLAINTIFF'S EX PARTE MOTION FOR CM/ECF VIEWING AND FILING PRIVILEGE**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint Filed: December 11, 2014 |

Plaintiff has reviewed the CM/ECF policies and guidelines at:

http://www.casd.uscourts.gov/CMECF/pdf/CASDPolicies.pdf

Plaintiff agrees to be bound by the Local Rule, the CM/ECF policies and procedures applicable to attorneys at law. Plaintiff has reviewed the Local Rules

MOTION FOR CM/ECF ACCESS- 1

found at:

http://www.casd.uscourts.gov/uploads/Rules/Local%20Rules/LocalRules.pdf

 Plaintiff is using Microsoft Word 2002 and Adobe Acrobat Professional Edition on a Windows XP Professional with a Pentium 4 processor PC.

 Plaintiff understands that all filings must be in pdf format with MS Word proposed orders sent to the Court. The Court's email address shall not be used for other communication with the Court.

 Plaintiff is already a member of the PACER system with a separate access code.

 Opposing counsel was asked if she would object to this motion and she did not oppose this request. This motion is brought in the interest of justice and to reduce costs and ensure receipt of motions, responses and replies. There has already been one instance in this matter when Plaintiff did not actually receive important filings in this matter via US mail.

 Respectfully submitted,

Dated this 28th day of January, 2015

Anton A. Ewing,
Plaintiff in pro per

MOTION FOR CM/ECF ACCESS- 2